In the Matter of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Real Property Required for the BROOKLYN-BATTERY TUNNEL PLAZA, etc., in the Borough of Manhattan. 890 BROADWAY CORPORATION, Respondent.

Argued May 24, 1950; decided July 11, 1950.

*John P. McGrath, Corporation Counsel (Bernard H. Friedman, Harry E. O'Donnell* and *Reuben Levy* of counsel), for appellant.

*Nathan L. Goldstein* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.